JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEYSHA MONIQUE PUGH JONES,<br><br>       Plaintiff,<br>   v.<br><br>MARTIN J. O'MALLEY,[1] Commissioner of Social Security Administration,<br><br>       Defendant. | No. 2:23-cv-05014-AJR<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: January 12, 2024     _____
                              HON. A. JOEL RICHLIN
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin J. O'Malley has been substituted in as the Defendant in this action.